UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OCT 22 2026 PM12:03
FILED-USDC-CT-HARTFORD

COMPLAINT FORM

Full name(s) of Plaintiff(s) (Do not use *et al.*) Pamela W. Leach

Case No. ______________________
(To be supplied by the Court)

v.

Trinity Health @ Home &
Donnell R Burratto

Full names of Defendant(s) (Do not use *et al.*)
Trinity @ Home of New England At Home,
Trinity Health / Donelle R Burratto
Eileen
melinda Jajura, Maureen & Shanta mcmullan,
Maryann Curto

**A. PARTIES**

1. Pamela Leach is a citizen of Connecticut who
(Plaintiff) (State)
presently resides at P.O. Box 261252, Hartford, Ct 06126
(mailing address)

2. Defendant ~~Trinity~~ Donelle Burratto - Trinity Health Atty. is a citizen of Michighan
(name of first defendant) (State)
whose address is Email - Donnelle. Burratto - .
Represent - Accuser / BAD Faith

Trinity of New England

3. Defendant Melinda Jajac is a citizen of CT
(name of second defendant) (State)

whose address is *work 659 Tower Ave. HTFD, Ct. 06112

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s))

______________________________

______________________________

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case. Offense

work place

#(1) Gaslighting, Retaliation
illegal medical inq Due to work Related injury –

#(2) Discriminating Language
Back Ground, Response time

#(3) intimidation

#(4) Ridculed By employers
Subject Bias, Negative
Stereo Type, mocked speech
(Due too speech Disorder)
Language Skill, Hearing impear-ment, Bias

#(3) disability discrimination / Conmant
(2) Harrasment By Managers / (Slow)

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: Employer, iGnored, over looked My wellness, Gaslight / miniparlated Due too work injury Sustained, Retaliated towards Me, Disability —

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

All was involve, exclude (Lawyer they gave Bad Faith,) All violated my Rights as listed on 1st page Due too Having work injury they All Retaliated due too ongoing treatment, mocking my wellnes with out my Consent; Bullying me verbaly — was over looked of my Rights, could not speak, was in Fear of insubordant, Did Not ~~Ad~~ Respect me as a Human Being, was Looked Down —

**Claim II**: Mary Ann Curto initiated I Gaslighting From my phone Conversation Requesting incident And Bonus coming soon got Adgitatedead Report

Supporting Facts: over whelmed with Her work load, was un perfesional, called ~~to~~ my Supervisor that when I was summons to Eileen Murano office was grilled — By Melinda Jajaw - Off on office phone she asked question, I Answer

Continued — SHe Stated HR Concerns,
I told them I Am Fine, ~~take~~ JaJaur
Stated I was not my self By HR
M. Corto, I stated Heard news in the office
passing Dog got SAD!. JaJAur Stated Am I
~~I~~ taking Drugs/ opiods while on the JOB/
Field I stated NO! I corrected Her
on my Medicine For the injury - work
Related I Sustained visiting @ client ~~s~~,
unsafe, visit Refuse to work unsanitary
Patients, neighBor Hood, For there BeneFit, other
I Had, 3 managers in wich they Did not conversatio mention Hearing

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

Discrimination, Relaliation at
- Emotional, Left disoriented

Compan- Satory Damages

emotional, stress, FABri@ated
Accc Sation - GAs lighting - gestures
to conFuse, misleading. Damages
mentaly, 3 managers + HR
intended Caused psychological HARM
inConvinince

## F. JURY DEMAND

Do you wish to have a jury trial? Yes (No)

Emotional, Hearing DisaBility
want Justice!

Original signature of attorney (if any)

**Plaintiff's Original Signature**

Printed Name

Printed Name Pamela Leach

( )
Attorney's full address and telephone

( ) P. O. Box 261252 Hartford, Ct 06126
Plaintiff's full address and telephone

Email address if available

Email address if available
mincglee.pl@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Hartford, Ct (location) on 10/21/26 (date).

**Plaintiff's Original Signature**

(Rev.3/29/16)